UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH | ) | CIV F 04 5950 OWW LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF |
| | ) | TIME TO FILE OBJECTIONS AND |
| v. | ) | SECOND AMENDED COMPLAINT |
| | ) | |
| SCRIBNER, et al., | ) | (DOCUMENT #34,35) |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 18, 2005, plaintiff filed a motion to extend time to file a second amended complaint and objections to the Findings and Recommendations. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a second amended complaint and objections to the court's Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   May 4, 2005**          /s/ Lawrence J. O'Neill
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE