UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>            Plaintiff,<br><br>vs.<br><br>SCRIBNER, et al.,<br><br>            Defendants.<br>_____/ | 1:04-cv-05950-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF**<br><br>(Docs. 16, 17, 19, 21, 26, 32, 33, 38, 40, and 41) |

   Plaintiff James E. Smith ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On January 19, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On February 24, 2005 and April 18, 2005, respectively,

plaintiff filed a motion to extend time.  On March 14, 2005 and May 5, 2005, respectively, the court granted plaintiff thirty (30) days within which to respond.  Plaintiff has not filed timely objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.  Accordingly, plaintiff's motions for preliminary injunctive relief shall be denied.

In addition, after the Findings and Recommendations was issued, plaintiff filed motions for preliminary injunctive relief on March 21, 2005, April 12, 2005, May 24, 2005, June 10, 2005, and June 28, 2005.  For the reasons set forth in the Findings and Recommendations of January 19, 2005, plaintiff's subsequently filed motions for preliminary injunctive relief shall also be denied.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendations, filed January 19, 2005, is ADOPTED IN FULL; and

2.   Plaintiff's motions for preliminary injunctive relief, filed November 29, 2004, December 15, 2004, January 4, 2005,

///
///
///
///

Case 1:04-cv-05950-OWW-LJO   Document 43   Filed 07/08/05   Page 3 of 3

1  January 18, 2005, March 21, 2005, April 12, 2005, May 24, 2005,
2  June 10, 2005, and June 28, 2005, are DENIED.

4  IT IS SO ORDERED.

5  **Dated:   July 7, 2005**                              **/s/ Oliver W. Wanger**
   emm0d6                                        UNITED STATES DISTRICT JUDGE