UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 SEP 27 A 7: 51

| JAMES E. SMITH, | No. 05-16751 |
| --- | --- |
| Plaintiff - Appellant, | D.C. No. CV-04-05950-OWW |
| v. | |
| SCRIBNER; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [X]

Explanation: _Premature request for injunctive relief concerning prison mail._

Judge
United States District Court

Date: 9-26-05