# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. 1:04-CV-5950-OWW-LJO-P |
| Plaintiff, | ORDER DENYING MOTION TO AMEND PURSUANT TO RULES 15(B) AND 15(C) |
| v. | (Doc. 39) |
| SCRIBNER, et al., | |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO FILE IN SECOND AMENDED COMPLAINT, SUBMITTED AS AN ATTACHMENT TO DOCUMENT 39 |

_____/

Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. On June 6, 2005, plaintiff filed a motion seeking leave to amend pursuant to Federal Rules of Civil Procedure 15(b) and 15(c). Attached to the motion is plaintiff's proposed amended pleading.

Rule 15(b) addresses amendments of the pleadings to conform to evidence at trial. Plaintiff's reliance on Rule 15(b) is misplaced, as this case has neither been tried nor been set for trial.

Rule 15(c) addresses the relation back of an amended pleading to the date the original pleading was filed. In situations in which an amendment would otherwise be barred by the statute of limitations, relation back under Rule 15(c) prevents the amendment from being barred as untimely. Plaintiff's reliance on Rule 15(c) is misplaced, as it is not, in and of itself, a rule upon which to base a motion seeking leave to amend.

///

1

1    Plaintiff was ordered by the court to file a second amended complaint on January 19, 2005.

2    Plaintiff has not yet complied with the court's order and his second amended complaint is overdue.

3    Due to the timing of the instant motion[1] and the fact that the proposed amended complaint appears

4    for the most part to be complete within itself, the court shall direct the Clerk's Office to file in

5    plaintiff's proposed amended complaint and it shall be treated as the second amended complaint.

6    In a separate order issued concurrently with this order, the second amended complaint shall be

7    screened.

8         Accordingly, it is HEREBY ORDERED that:

9    1.    Plaintiff's motion for leave to amend pursuant to Rules 15(b) and 15(c), filed June

10        6, 2005, is DENIED; and

11   2.    The Clerk's Office shall detach from plaintiff's motion his proposed amended

12        complaint (pages 3-a through 14 of document 39), and file and docket it as the

13        second amended complaint.

14

15   IT IS SO ORDERED.

16   **Dated:    September 28, 2005**            **/s/ Lawrence J. O'Neill**
     b9ed48                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28
     _____
     [1] Plaintiff was granted a thirty day extension to file an amended complaint on May 5, 2005.

2