# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SCRIBNER, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5950-OWW-LJO-P<br><br>ORDER DENYING MOTION TO EXPEDITE APPEAL<br><br>(Doc. 51)<br><br>ORDER DENYING MOTION REGARDING RECALCITRANT WITNESSES AND RULE 33<br><br>(Doc. 52)<br><br>ORDER DENYING MOTION FOR TRANSCRIPTS<br><br>(Doc. 53) |

　　　On September 29, 2005, plaintiff filed a motion seeking to expedite his appeal pending at the Ninth Circuit. This Court has no power to expedite plaintiff's appeal and such a motion should not have been filed with this Court. Plaintiff's motion is denied.

　　　On September 29, 2005, plaintiff filed a motion for relief pursuant to 18 U.S.C. § 1826 and Federal Rule of Appellate Procedure 33-1. Section 1826 provides for the confinement of recalcitrant witnesses. This statute is inapplicable to any proceedings in the instant case. Pursuant to Rule 33, a court may direct attorneys and parties to participate in conferences that may aid in the disposition

///

1

1  of proceedings.[1]  This rule is inapplicable to any proceedings in the instant case.  Accordingly,
2  plaintiff's motion is without merit and is denied.

3       Finally, on September 29, 2005, plaintiff filed a motion seeking transcripts to perfect his
4  appeal. 28 U.S.C. § 1915(c).  On September 27, 2005, the Court certified that plaintiff's appeal was
5  not taken in good faith.  (Doc. 46.)  Accordingly, plaintiff's motion for transcripts at the
6  government's expense is denied.  Henderson v. United States, 734 F.2d 483, 484 (9th Cir. 1984).

7       As set forth in this order, plaintiff's motion seeking to expedite his appeal pending at the
8  Ninth Circuit, motion concerning recalcitrant witnesses and Rule 33, and motion for transcripts, filed
9  September 29, 2005, are HEREBY DENIED.

11  IT IS SO ORDERED.

12  **Dated:   October 4, 2005**          /s/ Lawrence J. O'Neill
    b9ed48                                 UNITED STATES MAGISTRATE JUDGE

---

[1] There is no Rule 33-1.