# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>SCRIBNER, et al.,<br><br>        Defendants. | CASE NO. 1:04-CV-5950-OWW-LJO-P<br><br>ORDER STRIKING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF PURSUANT TO COURT'S ORDER OF OCTOBER 11, 2005<br><br>(Doc. 57) |

Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. Pending before the Court is plaintiff's motion seeking preliminary injunctive relief, filed November 9, 2005.

On October 11, 2005, the Court issued an order warning plaintiff that if he again files a motion seeking preliminary injunctive relief prior to a finding by the Court that his operative pleading states cognizable claims for relief, the motion will be stricken from the record. (Doc. 55.) Plaintiff has not met the conditions set forth in the Court's order.

Accordingly, pursuant to the Court's order of October 11, 2005, plaintiff's motion filed on November 9, 2005, is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:**   **November 10, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE