# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCRIBNER, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-CV-5950-OWW-LJO-P<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT, BUT GRANTING EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 59)<br><br>ORDER STRIKING FROM MOTION THE REQUEST FOR A COURT ORDER MANDATING RETURN OF PROPERTY, PAYMENT OF ATTORNEY FEES, AND PROVISION OF TYPEWRITER, OTHER SUPPLIES, AND COMMISSARY<br><br>(Doc. 59)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPIES OF DOCUMENTS 54, 55, 56, AND 58 TO PLAINTIFF AT HIS NEW ADDRESS OF RECORD |

　　　Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. On September 28, 2005, the Court ordered plaintiff to file a third amended complaint. On November 18, 2005, plaintiff filed a motion seeking an extension of time to file a third amended complaint, and a court order mandating prison officials return his property immediately, pay for an attorney to represent plaintiff, and furnish plaintiff with a typewriter, paper,

///

1  ink pens, ribbons, carbon paper, and personal commissary.  In the motion, plaintiff also notifies the
2  Court that he was transferred from Corcoran to Kern Valley on October 6, 2005.
3        On October 4, 2005, October 11, 2005, and November 14, 2005, orders were issued by this
4  Court, and on November 7, 2005, a Findings and Recommendations (F&R) was issued by this Court.
5  The orders and F&R were served on plaintiff at his address of record and service is therefore deemed
6  effective.  Local Rule 83-182(f).  However, in light of plaintiff's assertion that he transferred prisons
7  on October 6, 2005, the Court will direct the Clerk's Office to provide plaintiff with courtesy copies
8  of the orders and F&R.
9        Plaintiff's motion for an extension of time to file a third amended complaint is denied.  An
10 F&R recommending dismissal of this action for failure to obey a court order has been issued.
11 Accordingly, plaintiff's recourse at this juncture is to file an objection to the F&R.  To that end, the
12 Court will grant plaintiff a thirty day extension of time to file an objection.
13       With respect to plaintiff's motion for an order mandating prison officials return his property
14 immediately, pay for an attorney to represent plaintiff, furnish plaintiff with a typewriter, paper, ink
15 pens, ribbons, carbon paper, and personal commissary, plaintiff's request is stricken from the motion,
16 in accordance with the Court's order of November 14, 2005.
17       Based on the foregoing, it is HEREBY ORDERED that:

18     1.    The Clerk's Office shall send plaintiff courtesy copies of documents 54, 55, 56, and 58;

20     2.    Plaintiff's motion for an extension of time to file a third amended complaint, filed November 18, 2005, is DENIED;

22     3.    Plaintiff is granted an extension of **thirty (30) days** from the date of service of this order to file an objection to the Findings and Recommendations filed on November 7, 2005; and

25     4.    Plaintiff's request for a court order mandating prison officials return his property immediately, pay for an attorney to represent plaintiff, and furnish plaintiff with a typewriter, paper, ink pens, ribbons, carbon paper, and personal commissary, set forth

28 ///

1 | in the motion of November 18, 2005, is HEREBY STRICKEN FROM THE
2 | MOTION.
3 |
4 | IT IS SO ORDERED.
5 | **Dated:   November 21, 2005**            /s/ Lawrence J. O'Neill
  | b9ed48                                    UNITED STATES MAGISTRATE JUDGE

3