# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SCRIBNER, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:04-CV-5950-OWW-LJO-P<br><br>ORDER GRANTING MOTION FOR CLARIFICATION, BUT DENYING MOTION FOR COURT ORDER REQUIRING CDC TO FORWARD PLAINTIFF FUNDS<br><br>(Doc. 64) |

　　　Plaintiff James E. Smith ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. On December 15, 2005, plaintiff filed a motion seeking clarification and a court order requiring CDC officials to forward him his funds. It appears that plaintiff believes because the Ninth Circuit ordered him to pay the $255.00 appellate filing fee in full, he must have funds in his trust account that prison officials are keeping from him.

　　　Plaintiff's motion stems from his misunderstanding of the proceedings relating to his appeal. Plaintiff was not ordered to pay the filing fee in full because the Ninth Circuit found plaintiff has funds available to pay the fee. Plaintiff's appeal was not taken in good faith and for that reason, his in forma pauperis status on appeal was revoked, resulting in an order requiring plaintiff to pay the filing fee in full if he wishes to proceed with his appeal. Fed. R. App. P. 24(a). Whether or not plaintiff has funds available in his trust account is irrelevant in this instance, and the Ninth Circuit's order should not be viewed by plaintiff as an indication that he has money in his trust account that officials are not forwarding to him.

///

1 | Based on the foregoing, plaintiff's motion for clarification is GRANTED, but plaintiff's
2 | motion for a court order requiring CDC officials to forward plaintiff funds, filed December 15, 2005,
3 | is DENIED.
4 |
5 | IT IS SO ORDERED.
6 | **Dated:   December 20, 2005**                     /s/ Lawrence J. O'Neill
  | b9ed48                                              UNITED STATES MAGISTRATE JUDGE