UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | 1:04-cv-05950-OWW-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 56) |
| vs. | |
| SCRIBNER, et al., | **ORDER DISMISSING ACTION, WITH PREJUDICE** |
|     Defendants. | |

Plaintiff James E. Smith ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 7, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty (20) days. On December 7, 2005, after receiving an extension of time, Plaintiff filed an objection to the Magistrate Judge's Findings and Recommendations.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C)
2 and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of
3 this case.  Having carefully reviewed the entire file, the Court
4 finds the Findings and Recommendations to be supported by the
5 record and by proper analysis.
6    The Court finds Plaintiff's objection to the Findings and
7 Recommendations to be unpersuasive.  Plaintiff was warned by the
8 Magistrate Judge in his order of September 28, 2005, that "[i]n
9 light of the fact that plaintiff has yet to file a pleading that
10 complies with Rule 8 and will allow for the court to screen it on
11 the merits, but nevertheless finds the time to burden the court
12 with motions seeking injunctive relief that plaintiff is clearly
13 not entitled to at this juncture, plaintiff's failure to file a
14 third amended complaint that complies with this order and the order
15 of January 19, 2005, will result in a recommendation that this
16 action be dismissed.  (<u>See</u> Court Docs. 16, 17, 19, 21, 26, 32, 33,
17 38, 40, 41, and 42.)."  (Doc. 49, 4:3-8.)  Despite this admonition,
18 Plaintiff failed to file a third amended complaint, yet, along with
19 several other motions, found time to file two more motions in
20 contravention of the Court's order of October 11, 2005, prohibiting
21 the filing of any further motions for preliminary injunctive
22 relief.  (Docs. 57, 59, 64, 66.)
23    Plaintiff is either unable or unwilling to file a pleading
24 that is sufficient to allow the Court to screen Plaintiff's claims
25 on their merits, but is able and willing to tax the resources of
26 this Court by filing a multitude of other documents, many of which
27 were baseless motions for preliminary injunctive relief.  Justice
28 ///

does not require that the Court allow Plaintiff further opportunity to comply with the Magistrate Judge's orders.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Findings and Recommendations, filed November 7, 2005, is ADOPTED IN FULL; and

    2.    This action is DISMISSED, with prejudice, based on Plaintiff's failure to obey the Court's orders of January 19, 2005, and September 28, 2005.

IT IS SO ORDERED.

**Dated:   February 23, 2006**            **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE