UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES E. SMITH, | ) | 1:04-cv-5950 OWW LJO |
| | ) | |
|        Plaintiff, | ) | ORDER DENYING MOTION TO SET ASIDE JUDGMENT |
|   v. | ) | |
| A.K. SCRIBNER, et al., | ) | |
|        Defendant. | ) | |

    Plaintiff has filed a Notice of Motion and Motion to Set Aside the Judgment in this Action and Denial of any Injunctive Relief.  This follows the February 23, 2006, order dismissing the case with prejudice.

    Plaintiff cites absolutely no new law, changed circumstances, or any clear error of law.  To the contrary, the objections to the Findings and Recommendations of the Magistrate Judge filed December 7, 2005, show that the Plaintiff is focused on irrelevant legal doctrine and matters having nothing to do with his repeated failures to comply with the two prior orders permitting amendment which explained the deficiencies in his complaint.

1

**Plaintiff's motion to set aside judgment is DENIED.**

IT IS SO ORDERED.

**Dated:     March 20, 2006**                              **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE