# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. CV-F-04-5950 OWW LJO P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT, WITH PREJUDICE |
| v. | |
| A. K. SCRIBNER, et al., | (Docs. 73 and 74) |
| Defendants. | NOTICE TO PLAINTIFF THAT NO FURTHER MOTIONS WILL BE CONSIDERED BY THE COURT UNLESS THEY RELATE TO A PROPERLY FILED APPEAL |

This civil action was filed by plaintiff Smith, a state prisoner proceeding pro se and in forma pauperis, on July 9, 2004. On March 31, 2006, plaintiff filed a motion seeking an extension of time to file an amended complaint. This action is closed, having been dismissed with prejudice by the Court on February 23, 2006. Plaintiff's motion to set aside judgment was denied by the Court on March 21, 2006.

Plaintiff's request for an extension of time to file an amended complaint is baseless in light of the dismissal of this action. There is no order pending requiring plaintiff to take any action. The Court notes that plaintiff's assertion, set forth in the instant motion, that the Court failed to respond to his previously filed motion seeking clarification regarding his funds to pay for an appeal is without merit. The motion was addressed by the Magistrate Judge in an order filed December 20, 2005, which was served on plaintiff at his address of record (Kern Valley State Prison).

///

1     Plaintiff's motion for an extension of time to file an amended complaint in this action is
2 HEREBY DENIED, WITH PREJUDICE.  <u>This Court will consider no further motions by plaintiff
3 seeking relief from the dismissal of this action.  Any further motions filed by plaintiff not related to
4 a properly filed appeal will not be considered and will not receive any response from the Court</u>.

6 IT IS SO ORDERED.

7 **Dated:**   **April 6, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                                     UNITED STATES DISTRICT JUDGE