# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH, | CASE NO. 1:04-CV-05950 OWW LJO P |
| Plaintiff, | Appeal No. 05-16751 |
| v. | ORDER DIRECTING CLERK'S OFFICE TO REFUND $255.00 APPELLATE FILING FEE TO PLAINTIFF, SUBMITTED BY PLAINTIFF AFTER DISMISSAL OF APPEAL FOR FAILURE TO PAY FEE (Doc. 77) |
| A. K. SCRIBNER, et al., | |
| Defendants. | |
| | ORDER DISREGARDING MOTION FOR RECONSIDERATION AND MOTIONS FOR RECUSAL (Docs. 77, 78, 79) |
| | ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER ON NINTH CIRCUIT |

This civil action is closed, having been dismissed by the Court on February 23, 2006. (Doc. 68.) No appeal of the dismissal was filed. On June 9, 2006, plaintiff sent the $255.00 filing fee to this Court for appeal number 05-16751, which was filed on July 28, 2005, along with a notice concerning his appeal and the funds in his account trust account. Plaintiff also requests reconsideration of the order filed on March 21, 2006. (Doc. 77.)

In his notice, plaintiff continues to assert that the Court found plaintiff's appeal was not taken in good faith because plaintiff had the funds available to pay the filing fee. (Id.) Plaintiff is incorrect. This Court has already explained to plaintiff that he was ordered to pay the filing fee for his appeal in full because the appeal was not taken in good faith. (Docs. 46, 65.) Specifically, plaintiff's appeal was not taken in good faith because it was premature. (Id.) Plaintiff was not

1

1  ordered to pay the filing fee in full because the Court found he had funds available. (Id.) Plaintiff
2  continues to demonstrate his inability or unwillingness to accept the Court's explanation.

3        Plaintiff's motion for reconsideration of the order filed on March 21, 2006, will not be
4  considered. Plaintiff was informed by the Court in its order of April 7, 2006, that the Court will
5  consider no further motions by plaintiff seeking relief from the dismissal of this action, and that any
6  further motions filed by plaintiff not related to a properly filed appeal will not be considered and will
7  not receive any response from the Court.[1]

8        Appeal number 05-16751 was dismissed by the Ninth Circuit on December 23, 2005, based
9  on plaintiff's failure to pay the filing fee in full as ordered. (Doc. 67.) Because the appeal has been
10 dismissed and is no longer pending, plaintiff erred by sending this court the filing fee for the appeal
11 more than six months after the fee was due and more than five months after the appeal was
12 dismissed. The Clerk's Office shall be directed to refund plaintiff the $255.00 filing fee for his
13 appeal.

14       In addition, on July 13, 2006, plaintiff filed motions seeking the recusal of the Magistrate
15 Judge assigned to this case. In accordance with the Court's order of April 7, 2006, the motions shall
16 not be considered.

17       Based on the foregoing, it is HEREBY ORDERED that:
18     1.   Pursuant to the order filed on April 7, 2006, plaintiff's motion for reconsideration,
19         filed June 9, 2006, is DISREGARDED;
20     2.   The Clerk's Office shall refund plaintiff the $255.00 filing fee he submitted for an
21         appeal that has already been dismissed for failure to pay the filing fee;
22     3.   Pursuant to the order filed on April 7, 2006, plaintiff's motions seeking recusal of the
23         Magistrate Judge, filed on July 13, 2006, are DISREGARDED; and
24 ///
25 ///
26 ///
27 ─────────────────────
28   [1] The motion for reconsideration at issue in this order is receiving a response only because the Court must address plaintiff's untimely submission of his filing fee and order the return of the fee.

2

4.    The Clerk's Office shall serve a copy of this order on the Ninth Circuit.

IT IS SO ORDERED.

**Dated:   July 29, 2006**                        **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE